IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION


ROBERT DONNELL DAVIS          §
        §
VS.                       §                 CIVIL ACTION NO. 4:17cv170
        §
DENTON CO. JAIL, et al.          §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## CONCERNING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge (Dkt. #41), which contains proposed findings of fact and recommendations for the disposition of Plaintiff's motion for summary judgment (Dkt. #39), has been presented for consideration. The Report recommends that the motion for summary judgment be denied as perfunctory and conclusory. No objections have been filed. The Court concludes that the Report is correct and adopts the findings and conclusions of the Magistrate Judge. It is accordingly

**ORDERED** that the motion for summary judgment (Dkt. #39) is **DENIED**.

**SIGNED this 8th day of March, 2018.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE